JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JERRY RUENGER, an Individual, | No. SACV10-01805 ~~JST~~ JAK (VBKx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| BANKERS LIFE AND CASUALTY COMPANY, a corporation; and DOES 1 through 30, inclusive, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THIS ACTION IS HEREBY DISMISSED IN ITS ENTIRETY WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.

DATED: November 4, 2011.

_____
The Honorable John A. Kronstadt
UNITED STATES DISTRICT COURT JUDGE